IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX VALLADARES,<br><br>Defendant. | CR 22-55-BLG-SPW<br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 50).  Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on January 24, 2023 (Doc. 39);

1

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 50) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Hatsan Arms Co., Model Escort SD-X, .410 bore semi-automatic shotgun (SN: 610921);
- Browning, Model BAR, .30-06 caliber rifle (SN: 137PW1406);
- Armsan Silah Sanayi, Model Pointer, 12-gauge shotgun (SN: 16R03229);
- Glock, Model 43, 9mm caliber pistol (SN: BKGC113); and
- Approximately 5,453 rounds of assorted ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The United States is directed to return the Glock, model 19, 9mm caliber pistol (SN: ACDX352) and the sixteen (16) rounds of 9mm caliber ammunition, to KC Henry.

DATED this 24th day of April, 2023.

_____
SUSAN P. WATTERS
United States District Court Judge